## Exhibit A – Proposed Schedule

| Event | Deadline |
|---|---|
| Initial Case Management Conference | April 13, 2023 |
| Initial Disclosures | April 20, 2023 |
| Mayborn Infringement Contentions (Patent L.R. 3-1, 3-2) | April 27, 2023 |
| Comotomo Invalidity Contentions (Patent L.R. 3-3, 3-4) | June 26, 2023 |
| Exchange of Proposed Claim Terms for Construction (Patent L.R. 4-1) | July 10, 2023 |
| Exchange of Proposed Constructions (Patent L.R. 4-2) | July 31, 2023 |
| Damages Contentions (Patent L.R. 3-8) | August 15, 2023 |
| Joint Claim Construction Statement & Expert Reports re Claim Construction (Patent L.R. 4-3) | August 25, 2023 |
| Comotomo Responsive Damages Contentions (Patent L.R. 3-9) | September 14, 2023 |
| Close of Claim Construction Discovery (Patent L.R. 4-4) | September 25, 2023 |
| Opening Claim Construction Brief (Patent L.R. 4-5(a)) | October 9, 2023 |
| Responsive Claim Construction Brief (Patent L.R. 4-5(b)) | October 23, 2023 |
| Reply Claim Construction Brief | October 30, 2023 |

| Event | Deadline |
|---|---|
| (Patent L.R. 4-5(c)) | |
| Case Tutorial<br><br>(Standing Order for Patent Cases, Section V) | November 2, 2023 |
| Claim Construction Hearing<br><br>(Patent L.R. 4-6; Standing Order for Patent Cases, Section V) | Week of November 13, 2023, subject to the availability of the Court |
| Fact Discovery Cutoff | December 22, 2023 |
| Disclosure re Advice of Counsel<br><br>(Patent L.R. 3-7) | 30 days after claim construction ruling |
| Subsequent Case Management Conference<br><br>(Standing Order for Patent Cases, Section VI) | To be set by the Court |
| Trial Setting Conference<br><br>(Standing Order for Civil Cases, Section C) | To be set by the Court |